IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

| | | |
|---|---|---|
| REBEKAH JENNINGS; BRENNAN HARMON; ANDREW PAYNE; NATIONAL RIFLE ASSOCIATION OF AMERICA, INC., | § § § § § | |
| Plaintiffs, | § § § | Case No. 5:10-cv-00140-C |
| v. | § § | Judge Sam R. Cummings |
| THE BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH E. MELSON, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives; ERIC HOLDER, in his official capacity as Attorney General of the United States, | § § § § § § § § § § | |
| Defendants. | § | |

## PLAINTIFFS' NOTICE OF APPEAL

Notice is hereby given that Plaintiffs, Rebekah Jennings, Brennan Harmon, Andrew Payne, and National Rifle Association of America, Inc., appeal to the United States Court of Appeals for the Fifth Circuit from the Final Judgment entered in this cause on September 29, 2011, and all adverse rulings subsumed therein.

Dated: October 4, 2011

Respectfully submitted,

s/ Charles J. Cooper

| | |
|---|---|
| Fernando M. Bustos | Charles J. Cooper* |
| Texas Bar No. 24001819 | David H. Thompson* |
| LAW OFFICES OF FERNANDO | Peter A. Patterson* |
|   M. BUSTOS, P.C. | COOPER & KIRK, PLLC |
| 1001 Main Street, Suite 501 | 1523 New Hampshire Avenue, NW |
| Lubbock, TX 79401 | Washington, DC 20036 |
| Phone (806) 780-3976; Fax: (806) 780-3800 | Tel: (202) 220-9600; Fax: (202) 220-9601 |
| *Local Counsel for Plaintiffs* | Email: ccooper@cooperkirk.com |

1

Brian S. Koukoutchos*
28 Eagle Trace
Mandeville, LA  70471
Tel. (985) 626-5052
Email: bkoukoutchos@gmail.com
* Admitted *pro had vice.*

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

On October 4, 2011, I electronically submitted the foregoing document to the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  I hereby certify that I have served all counsel and/or *pro se* parties of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


                                                  s/ Charles J. Cooper
                                                  Charles J. Cooper