# U.S. District Court
# Northern District of Texas (Lubbock)
# CIVIL DOCKET FOR CASE #: 5:10-cv-00140-C

National Rifle Association of America, Inc., et al v. Bureau of
Alcohol, Tobacco, Firearms, and Explosives
Assigned to: Judge Sam R Cummings
Referred to:
Demand: $0
Lead Docket: None
Related Cases: None
Cases in other court: None
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 9/8/2010
Jury Demand: None
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: U.S. Government Defendant

**Plaintiff**

-----------------------

**James A. D'Cruz**
*TERMINATED: 2/10/2011*

represented by **Charles J Cooper**
Cooper and Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
USA
202/220-9660
Fax: 202/220-9601
Email: ccooper@cooperkirk.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David H Thompson**
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20009
202/220-9600
Fax: 202/220-9601
Email: dthompson@cooperkirk.com
*ATTORNEY TO BE NOTICED*

**Fernando M Bustos**
Law Offices of Fernando M. Bustos, P.C.
P.O. Box 1980
Lubbock, TX 79408-1980
USA
806/780-3976
Fax: 806/780-3800
Email: fbustos@bustoslawfirm.com
*ATTORNEY TO BE NOTICED*

**Jesse Panuccio**

Cooper and Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
202/220-9642
Fax: 202/220-9601
Email: jpanuccio@cooperkirk.com
*TERMINATED: 2/25/2011*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
Cooper & Kirk PLLC
1523 New Hampshire Ave NW
Washington, DC 20036
US
202/220-9600
Fax: 202/220-9601
Email: ppatterson@cooperkirk.com
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **National Rifle Association of America, Inc.** | represented by | **Charles J Cooper** (See above for address) *LEAD ATTORNEY* *ATTORNEY TO BE NOTICED* |
| | | **Brian S Koukoutchos** Law Office of Brian S Koukoutchos 28 Eagle Trace Mandeville, LA 70471 US 985/626-5052 Email: bkoukoutchos@gmail.com *ATTORNEY TO BE NOTICED* |
| | | **David H Thompson** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Fernando M Bustos** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Jesse Panuccio** (See above for address) *TERMINATED: 2/25/2011* *ATTORNEY TO BE NOTICED* |
| | | **Peter A Patterson** (See above for address) *ATTORNEY TO BE NOTICED* |
| **Andrew M. Payne** | represented by | **Brian S Koukoutchos** (See above for address) *ATTORNEY TO BE NOTICED* |
| | | **Charles J Cooper** (See above for address) *ATTORNEY TO BE NOTICED* |

**Fernando M Bustos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Panuccio**
(See above for address)
*TERMINATED: 2/25/2011*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

Rebekah Jennings       represented by   **Brian S Koukoutchos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fernando M Bustos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Panuccio**
(See above for address)
*TERMINATED: 2/25/2011*
*ATTORNEY TO BE NOTICED*

**Peter A Patterson**
(See above for address)
*ATTORNEY TO BE NOTICED*

Brennan Harmon       represented by   **Brian S Koukoutchos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charles J Cooper**
(See above for address)
*ATTORNEY TO BE NOTICED*

**David H Thompson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Fernando M Bustos**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jesse Panuccio**
(See above for address)
*TERMINATED: 2/25/2011*
*ATTORNEY TO BE NOTICED*

Peter A Patterson
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**
**----------------------**

**Bureau of Alcohol, Tobacco,
Firearms, and Explosives**

represented by **Daniel M Riess**
US Department of Justice - Civil Division
20 Massachusetts Ave NW
Washington, DC 20530
US
202/353-3098
Fax: 202/616-8460
Email: Daniel.Riess@usdoj.gov
*LEAD ATTORNEY*

**Jessica Beth Leinwand-DOJ**
US Department of Justice
20 Massachusetts Ave
Washington, DC 20001
US
202/305-8628
Fax: 202/305-8517
Email: Jessica.B.Leinwand@usdoj.gov
*ATTORNEY TO BE NOTICED*

**Kenneth Melson,** *in his official capacity
as Acting Director of of the Bureau of
Alcohol, Tobacco, Firearms, and
Explosives*

represented by **Daniel M Riess**
(See above for address)
*LEAD ATTORNEY*

**Jessica Beth Leinwand-DOJ**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Attorney General Eric H. Holder, Jr.,**
*in his official capacity as Attorney General
of the United States*

represented by **Daniel M Riess**
(See above for address)
*LEAD ATTORNEY*

**Jessica Beth Leinwand-DOJ**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Amicus**
**----------------------**

**Brady Center to Prevent Gun
Violence**

represented by **Scott Medlock**
Texas Civil Rights Project
1405 Montopolis Dr
Austin, TX 78741-3438
USA
512/474-5073

Fax: 512/474-0726
Email: scott@texascivilrightsproject.org
*ATTORNEY TO BE NOTICED*

| Filing Date | # | Docket Text |
|---|---|---|
| 9/8/2010 | 1<br>1<br>1 | COMPLAINT against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Kenneth Melson, Eric H. Holder, Jr filed by James A. D'Cruz. Clerk to issue summons(es). In each Notice of Electronic Filing, the judge assignment is indicated, and a link to the Judges Copy Requirements is provided. The court reminds the filer that any required copy of this and future documents must be delivered to the judge, in the manner prescribed, within three business days of filing. (Filing fee $350; Receipt number 0539-3455233) (Attachments: # (1) Cover Sheet, # (2) Certificate of Interested Persons) (Cooper, Charles) Per Attorney Jesse Panuccio, Attorney Fernando Bustos will prepare Summons(es) and deliver to Clerk's Office for issuance. Modified on 9/8/2010 (jdg). (Entered: 9/8/2010) |
| 9/8/2010 | 2 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by James A. D'Cruz. (Cooper, Charles) (Entered: 9/8/2010) |
| 9/8/2010 | 3<br>3 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney Charles J. Cooper (Filing fee $25; Receipt number 0539-3455933) filed by James A. D'Cruz (Attachments: # (1) Certificate of Good Standing) (Cooper, Charles) (Entered: 9/8/2010) |
| 9/8/2010 | 4<br>4 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney David H. Thompson (Filing fee $25; Receipt number 0539-3456016) filed by James A. D'Cruz (Attachments: # (1) Certificate of Good Standing) (Cooper, Charles) (Entered: 9/8/2010) |
| 9/8/2010 | 5<br>5 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney Jesse Panuccio (Filing fee $25; Receipt number 0539-3456028) filed by James A. D'Cruz (Attachments: # (1) Certificate of Good Standing) (Cooper, Charles) (Entered: 9/8/2010) |
| 9/8/2010 | 6 | Summons Issued as to Bureau of Alcohol, Tobacco, Firearms, and Explosives; Eric H. Holder - Attorney General of the United States, Kenneth Melson; and U.S. Attorney. (jdg) (Entered: 9/8/2010) |
| 9/9/2010 | 7 | ORDER granting [3] Application for Admission Pro Hac Vice of Charles J. Cooper. Clerk shall deposit application fee to the Non-Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam R Cummings on 9/9/2010) (bdg) (Entered: 9/9/2010) |
| 9/9/2010 | 8 | ORDER granting [5] Application for Admission Pro Hac Vice of Jesse Panuccio. Clerk shall deposit application fee to the Non-Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam R Cummings on 9/9/2010) (bdg) (Entered: 9/9/2010) |
| | | ORDER granting [4] Application for Admission Pro Hac Vice of David H. Thompson. |

| 9/9/2010 | 9 | Clerk shall deposit application fee to the Non-Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam R Cummings on 9/9/2010) (bdg) (Entered: 9/9/2010) |
|---|---|---|
| 9/20/2010 | 10 | SUMMONS Returned Executed as to Bureau of Alcohol, Tobacco, Firearms, and Explosives ; served on 9/10/2010. (Bustos, Fernando) (Entered: 9/20/2010) |
| 9/20/2010 | 11 | SUMMONS Returned Executed as to Eric H. Holder, Jr ; served on 9/9/2010. (Bustos, Fernando) (Entered: 9/20/2010) |
| 9/20/2010 | 12 | SUMMONS Returned Executed as to Kenneth Melson ; served on 9/10/2010. (Bustos, Fernando) (Entered: 9/20/2010) |
| 9/20/2010 | 13 | SUMMONS Returned Executed as to James T. Jacks, United States Attorney on 9/10/10. (Bustos, Fernando) Modified on 9/20/2010 (jdg). (Entered: 9/20/2010) |
| 10/21/2010 | 14 | AMENDED COMPLAINT against All Defendants filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne. (Cooper, Charles) (Entered: 10/21/2010) |
| 10/21/2010 | 15 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne. (Cooper, Charles) (Entered: 10/21/2010) |
| 11/5/2010 | 16 16 | Unopposed MOTION to set briefing schedule filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne with Brief/Memorandum in Support. (Attachments: # (1) Proposed Order) (Cooper, Charles) (Entered: 11/5/2010) |
| 11/8/2010 | 17 | ORDER GRANTING: [16] Unopposed MOTION to set briefing schedule. It is therefore ORDERED that the following schedule is established in this matter: 12/17/2010: Defendants' Answer and/or dispositive motion due; 1/14/2011: Plaintiffs' response to Defendants' dispositive motion due; Plaintiffs' motion for summary judgment due; 2/14/2011: Defendants' reply in support of dispositive motion due; Defendants' response to Plaintiffs' motion for summary judgment due; 3/11/2011: Plaintiffs' reply in support of motion for summary judgment due. It is further ORDERED that while no discovery will proceed at this time, Plaintiffs reserve the right to seek discovery after Defendants file a dispositive motion or a response to Plaintiffs' motion for summary judgment. Defendants reserve the right to oppose any such discovery. Plaintiffs' willingness to agree to this schedule at this time will not be a legitimate basis for resisting later discovery. (Ordered by Judge Sam R Cummings on 11/8/2010) (lkw) (Entered: 11/8/2010) |
| 12/13/2010 | 18 | NOTICE of Attorney Appearance by Daniel M Riess on behalf of All Defendants. (Riess, Daniel) (Entered: 12/13/2010) |
| 12/13/2010 | 19 19 | Unopposed MOTION for Extension of Time to File Dispositive Motion filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson (Attachments: # (1) Proposed Order) (Riess, Daniel) (Entered: 12/13/2010) |
| 12/14/2010 | 20 | ORDER granting [19] Unopposed Motion for Extension of Time to File Dispositive Motion. Defendants' motion due by 12/22/2010. (Ordered by Judge Sam R Cummings on 12/14/2010) (lkw) Modified text on 12/14/2010 (lkw). (Entered: |

| | | |
|---|---|---|
| | | 12/14/2010) |
| 12/22/2010 | [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) [21](#) | MOTION to Dismiss *or, in the Alternative*, MOTION for Summary Judgment () filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson with Brief/Memorandum in Support. (Attachments: # (1) Memorandum in Support, # (2) Exhibit(s) 1, # (3) Exhibit(s) 2, # (4) Additional Page(s), # (5) Additional Page(s), # (6) Exhibit(s) 3, # (7) Exhibit(s) 4, # (8) Exhibit(s) 5, # (9) Exhibit(s) 6, # (10) Exhibit(s) 7, # (11) Exhibit(s) 8, # (12) Proposed Order) (Riess, Daniel) (Entered: 12/22/2010) |
| 12/23/2010 | [22](#) | ADDITIONAL ATTACHMENTS *(Certificate of Service)* to [21] MOTION to Dismiss *or, in the Alternative* MOTION for Summary Judgment by Defendants Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson. (Riess, Daniel) (Entered: 12/23/2010) |
| 12/28/2010 | [23](#) | MOTION for Leave to File Application of Amici Curiae Brady Center to Prevent Gun Violence filed by Brady Center to Prevent Gun Violence with Brief/Memorandum in Support.. Party Brady Center to Prevent Gun Violence added. (Medlock, Scott) (Entered: 12/28/2010) |
| 12/29/2010 | [24](#) [24](#) | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney Peter A. Patterson (Filing fee $25; Receipt number 0539-3648118) filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne (Attachments: # (1) Certificate of Good Standing) (Patterson, Peter) (Entered: 12/29/2010) |
| 12/30/2010 | [25](#) | ORDER granting [24] Application for Admission Pro Hac Vice of Peter A. Patterson. Clerk shall deposit application fee to the Non-Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam R Cummings on 12/30/2010) (bdg) (Entered: 12/30/2010) |
| 1/7/2011 | [26](#) | Unopposed MOTION to Extend Time of Briefing Deadlines filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne (Bustos, Fernando) (Entered: 1/7/2011) |
| 1/10/2011 | [27](#) | ORDER GRANTING PLAINTIFFS' [26] Unopposed MOTION to Extend Time of Briefing Deadlines filed by James A. D'Cruz, Andrew M. Payne, National Rifle Association of America, Inc. The scheduling order entered November 8, 2010 (Doc. No. 17), is amended as follows: Plaintiffs' deadline to respond to Defendants' Motion for Summary Judgment and to file Plaintiffs' cross-motion for summary judgment is extended two (2) weeks, until January 28, 2011. Plaintiffs' cross-motion for summary judgment is due on March 7, 2011. Plaintiffs' reply brief in support of their upcoming cross-motion for summary judgment is due on April 15, 2011. (Ordered by Judge Sam R Cummings on 1/10/2011) (lkw) (Entered: 1/10/2011) |
| | | Unopposed MOTION TO CLARIFY AND SET PAGE LIMITS FOR SUMMARY |

| | | |
|---|---|---|
| 1/26/2011 | [28](#) | JUDGMENT BRIEFING filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne (Bustos, Fernando) (Entered: 1/26/2011) |
| 1/27/2011 | [29](#) | ORDER granting [23] Motion for Application to File an Amicus Brief in Support of Defendants. Amici curiae shall file their amicus brief within 7 days of the date of this Order. (Ordered by Judge Sam R Cummings on 1/27/2011) (lkw) (Entered: 1/27/2011) |
| 1/27/2011 | [30](#) | ORDER granting Plaintiffs' [28] Unopposed MOTION TO CLARIFY AND SET PAGE LIMITS FOR SUMMARY JUDGMENT BRIEFING. Plaintiffs' deadline to respond to Defendants' motion for summary judgment and to file Plaintiffs cross-motion for summaryjudgment is January 28, 2011; Plaintiffs may file a single, omnibus brief of not more than 75 pages incorporating both Plaintiffs' response to Defendants' motion for summary judgment and Plaintiffs' brief in support of their cross-motion for summary judgment; Defendants reply brief in support of their motion for summary judgment and Defendants' response to Plaintiffs' cross-motion for summary judgment is due March 7, 2011; and Plaintiffs' reply brief in support of their cross-motion for summary judgment is due April 15, 2011. (Ordered by Judge Sam R Cummings on 1/27/2011) (lkw) (Entered: 1/27/2011) |
| 1/28/2011 | [31](#) | Brief/Memorandum in Support filed by Brady Center to Prevent Gun Violence re [29] Order on Motion for Leave to File *Brief of Amici Curiae in Support of Defendants* (Medlock, Scott) (Entered: 1/28/2011) |
| 1/28/2011 | [32](#) [32](#) [32](#) | MOTION to Amend/Correct *the Complaint* filed by James A. D'Cruz, National Rifle Association of America, Inc., Andrew M. Payne, Rebekah Jennings, Brennan Harmon (Attachments: # (1) Exhibit(s) Second Amended Complaint, # (2) Proposed Order) (Cooper, Charles) (Entered: 1/28/2011) |
| 1/28/2011 | [33](#) | RESPONSE filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne re: [21] MOTION to Dismiss *or, in the Alternative* MOTION for Summary Judgment (Cooper, Charles) (Entered: 1/28/2011) |
| 1/28/2011 | [34](#) | Brief/Memorandum in Support filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne re [33] Response/Objection (Cooper, Charles) (Entered: 1/28/2011) |
| 1/28/2011 | [35](#) | Appendix in Support filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne re [34] Brief/Memorandum in Support of Motion (Cooper, Charles) (Entered: 1/28/2011) |
| 2/8/2011 | [36](#) [36](#) | *Consent* MOTION for Extension of Time to File Response/Reply re: [33] Response/Objection filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson (Attachments: # (1) Proposed Order) (Riess, Daniel) (Entered: 2/8/2011) |
| 2/10/2011 | [37](#) | ORDER granting [32] Motion to Amend the Complaint, Plaintiff D'Cruz's Motion to Withdraw as a Party Plaintiff, and Non-Parties Rebekah Jennings' and Brennan Harmon's Motion to Join as Party-Plaintiffs, together with [36] Defendants' Notice of Consent. Plaintiffs shall have seven (7) days to file their Second Amended Complaint for Declaratory Judgment and Injunctive Relief. (Ordered by Judge Sam R Cummings on 2/10/2011) (lkw) Modified text on 2/10/2011 (lkw). (Entered: 2/10/2011) |

| | | |
|---|---|---|
| 2/10/2011 | 38 | ORDER granting [36] Defendants' Consent Motion for Extension of Time to File Responsive Briefs. Defendants shall file their response to Plaintiffs' cross-motion for summary judgment and reply brief in support in Defendants' motion for summary judgment by April 6, 2011, and Plaintiffs shall file their brief in support of their cross-motion for summary judgment by May 18, 2011. (Ordered by Judge Sam R Cummings on 2/10/2011) (lkw) (Entered: 2/10/2011) |
| 2/11/2011 | 39 | AMENDED COMPLAINT *(SECOND)* against Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson filed by National Rifle Association of America, Inc., Andrew M. Payne, Rebekah Jennings, Brennan Harmon. (Bustos, Fernando) Modified text to add Andrew M. Payne on 2/11/2011 (cb). (Entered: 2/11/2011) |
| 2/11/2011 | 40 | CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT by Brennan Harmon, Rebekah Jennings, Andrew Payne, and National Rifle Association of America, Inc. (Bustos, Fernando) Modified text add Andrew Payne on 2/14/2011 (lkw). (Entered: 2/11/2011) |
| 2/11/2011 | 41 | Certificate of Service by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne as to [40] Cert. Of Interested Persons/Disclosure Statement. (Bustos, Fernando) Modified text on 2/14/2011 (lkw). (Entered: 2/11/2011) |
| 2/24/2011 | 42 | MOTION to Withdraw as Attorney filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne (Panuccio, Jesse) (Entered: 2/24/2011) |
| 2/25/2011 | 43 | ORDER granting [42] Motion to Withdraw as Attorney. Attorney Jesse Panuccio terminated. (Ordered by Judge Sam R Cummings on 2/25/2011) (bdg) (Entered: 2/25/2011) |
| 3/28/2011 | 44 44 | Consent MOTION to Set Page Limits for Summary Judgment Briefing filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson (Attachments: # (1) Proposed Order) (Riess, Daniel) (Entered: 3/28/2011) |
| 3/30/2011 | 45 | ORDER granting [44] Motion to Set Page Limits for Summary Judgment Briefing. It is therefore ORDERED that on or before April 6, 2011, Defendants may file a single, omnibus brief of not more than 75 pages incorporating both Defendants' response to Plaintiffs' cross-motion for summary judgment and Defendants' reply brief in support of their motion for summary judgment. (Ordered by Judge Sam R Cummings on 3/30/2011) (bdg) (Entered: 3/30/2011) |
| 4/5/2011 | 46 | NOTICE of Attorney Appearance by Jessica Beth Leinwand-DOJ on behalf of Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson. (Leinwand-DOJ, Jessica) (Entered: 4/5/2011) |
| 4/6/2011 | 47 47 47 47 47 | REPLY filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson re: [21] MOTION to Dismiss *or, in the Alternative* MOTION for Summary Judgment (Attachments: # (1) Exhibit(s), # (2) Exhibit(s), # (3) Exhibit(s), # (4) Exhibit(s)) (Riess, Daniel) (Entered: 4/6/2011) |
| | | Appendix in Support filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, |

| | | |
|---|---|---|
| 4/6/2011 | 48<br>48 | Eric H. Holder, Jr, Kenneth Melson re [47] Reply, *and Response to Plaintiffs' Cross-Motion for Summary Judgment* (Attachments: # (1) Additional Page(s)) (Riess, Daniel) (Entered: 4/6/2011) |
| 4/29/2011 | 49 | Application for Admission Pro Hac Vice with Cert. of Good Standing for Attorney Brian S. Koukoutchos (Filing fee $25; Receipt number 0539-3859067) filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne (Koukoutchos, Brian) (Entered: 4/29/2011) |
| 5/2/2011 | 50 | ORDER granting [49] Application for Admission Pro Hac Vice of Brian S. Koukoutchos. Clerk shall deposit application fee to the Non-Appropriated Fund of this Court. If not already done, Applicant must register as an ECF User within 14 days (LR 5.1(f)). (Ordered by Judge Sam R Cummings on 5/2/2011) (lkw) (Entered: 5/2/2011) |
| 5/12/2011 | 51<br>51<br>51 | NOTICE *of Recent Authority* filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson (Attachments: # (1) Exhibit(s), # (2) Exhibit(s)) (Riess, Daniel) (Entered: 5/12/2011) |
| 5/18/2011 | 52 | REPLY filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne re: [47] Reply, (Cooper, Charles) (Entered: 5/18/2011) |
| 7/18/2011 | 53<br>53<br>53 | Unopposed MOTION for Leave to File Notice of Supplemental Authority filed by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne (Attachments: # (1) Exhibit(s) A- Plaintiffs' Notice of Supplemental Authority, # (2) Proposed Order) (Cooper, Charles) (Entered: 7/18/2011) |
| 7/18/2011 | 54 | ORDER granting [53] Plaintiffs' Motion for Leave to File Notice of Supplemental Authority. (Ordered by Judge Sam R Cummings on 7/18/2011) (lkw) (Entered: 7/18/2011) |
| 7/18/2011 | 55<br>55 | Supplemental Document by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne as to [33] Response/Objection *Notice of Supplemental Authority*. (Attachments: # (1) Exhibit(s) A) (Cooper, Charles) (Entered: 7/18/2011) |
| 7/22/2011 | 56<br>56<br>56 | Unopposed MOTION for Leave to File Response to Plaintiffs' Notice of Supplemental Authority filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson (Attachments: # (1) Exhibit(s) 1 -- Defendants' Response to Plaintiffs' Notice of Supplemental Authority, # (2) Proposed Order) (Riess, Daniel) (Entered: 7/22/2011) |
| 7/22/2011 | 57 | ORDER granting [56] Defendants' Unopposed Motion for Leave to File Response to Plaintiffs' Notice of Supplemental Authority, filed July 22, 2011. Defendants should file their response within 7 days of the date of this Order. (Ordered byJudge Sam R Cummings on 7/22/2011) (lkw) (Entered: 7/22/2011) |
| 7/22/2011 | 58 | RESPONSE filed by Bureau of Alcohol, Tobacco, Firearms, and Explosives, Eric H. Holder, Jr, Kenneth Melson re: [55] Supplemental Document (Riess, Daniel) (Entered: 7/22/2011) |

| | | |
|---|---|---|
| 9/29/2011 | <u>59</u> | ORDER denying [21] Motion to Dismiss; granting [21] Motion for Summary Judgment. Defendants' Motion to Dismiss Pursuant to Rule 12(b)(1) is DENIED; as to the Second Amendment issue, Defendants' Motion for Summary Judgment is GRANTED, Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) is DENIED as moot, and Plaintiffs' Motion for Summary Judgment is DENIED; and as to the Equal Protection issue, Defendants' Motion for Summary Judgment is GRANTED, Defendants' Motion to Dismiss Pursuant to Rule 12(b)(6) is DENIED as moot, and Plaintiffs' Motion for Summary Judgment is DENIED. (Ordered by Judge Sam R Cummings on 9/29/2011) (lkw) (Entered: 9/29/2011) |
| 9/29/2011 | <u>60</u> | JUDGMENT: For the reasons stated in the Court's order of even date, IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiffs, Rebekah Jennings, Brennan Harmon, Andrew Payne, and National Rifle Association of America, Inc., take nothing as againstDefendants, the Bureau of Alcohol, Tobacco, Firearms and Explosives; Kenneth E. Melson, in his official capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; and Eric H. Holder, Jr., in his official capacity as Attorney General of the United States. Costs of court are taxed against Plaintiffs. (Ordered by Judge Sam R Cummings on 9/29/2011) (lkw) (Entered: 9/29/2011) |
| 10/4/2011 | <u>61</u> | NOTICE OF APPEAL to the Fifth Circuit as to [60] Judgment,, by Brennan Harmon, Rebekah Jennings, National Rifle Association of America, Inc., Andrew M. Payne. Filing fee $455, receipt number 0539-4158710. T.O. form to appellant electronicallyat [Transcript Order Form](#) or US Mail as appropriate. Copy of NOA to be sent US Mail to parties not electronically noticed. (Cooper, Charles) (Entered: 10/4/2011) |