**READ INSTRUCTIONS ON BACK OF LAST PAGE BEFORE COMPLETING**

# TRANSCRIPT ORDER

| District Court | District Court Docket Number |
|---|---|
| United States District Court for the Northern District of Texas | 5:10-cv-00140-C |

Short Case Title: Jennings v. BATFE
Court Reporter: Mechelle Daniel
Date Notice of Appeal Filed by Clerk of District Court: October 4, 2011
Court of Appeals #: 11-10959 (If Available)

---

**PART I.** (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made.)

A. Complete one of the following:

- [x] No hearings
- [ ] Transcript is unnecessary for appeal purposes
- [ ] Transcript is already on file in Clerk's office
- [ ] This is to order a transcript of the following proceedings: (check appropriate box)

  Voir dire [ ];   Opening statement of plaintiff [ ];   defendant [ ];
  Closing argument of plaintiff [ ];   defendant [ ];   Opinion of court [ ];
  Jury instructions [ ];   Sentencing [ ];   Bail hearing [ ];

  | HEARING DATE(S) | PROCEEDING | JUDGE/MAGISTRATE |
  |---|---|---|
  |  |  |  |
  |  |  |  |
  |  |  |  |

**FAILURE TO SPECIFY IN ADEQUATE DETAIL THOSE PROCEEDINGS TO BE TRANSCRIBED, OR FAILURE TO MAKE PROMPT SATISFACTORY FINANCIAL ARRANCEMENTS FOR TRANSCRIPT, ARE GROUNDS FOR DISMISSAL OF THE APPEAL.**

B. This is to certify that satisfactory financial arrangements have been completed with the court reporter for payment of the cost of the transcript. The method of payment will be:

- [ ] Private funds;
- [ ] Criminal Justice Act Funds (Attach copy of CJA Form 24 to court reporter's copy);
- [ ] Other IFP Funds;
- [ ] Advance Payment waived by reporter;
- [ ] U.S. Government Funds;
- [x] Other   No payment is necessary because no hearings were held before the District Court in this matter.

| Signature | s/ Charles J. Cooper | Date Transcript Ordered |  |
| Print Name | Charles J. Cooper | Counsel for | Plaintiffs |
| Address | 1523 New Hampshire Ave. NW, Washington, DC 20036 | Phone Number | +1 (202) 220-9600 |

**ALLOWANCE BY THE COURT FOR LEAVE TO PROCEED IN FORMA PAUPERIS IN A CIVIL APPEAL DOES NOT ENTITLE THE LITIGANT TO HAVE TRANSCRIPT AT GOVERNMENT EXPENSE.**

---

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and forwarded to the Court of Appeals within 7 days after receipt. Read instruction on reverse side of copy 4 before completing.)

| Date transcript order received | If arrangements are not yet made, date contact made with ordering party re: financial arrangements | Estimated completion date * | Estimated number of pages |
|---|---|---|---|
|  |  |  |  |

- [ ] Satisfactory Arrangements for payment were made on _____
- [ ] Arrangements for payment have not been made. Reason: [ ] Deposit not received   [ ] Unable to contact ordering party   [ ] Other (Specify) _____

_____  _____  _____
Date    Signature of Court Reporter    Telephone

Address of Court Reporter: _____

*** Do not include an estimated completion date unless satisfactory financial arrangements have been made or waived.**

---

**PART III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To completed by court reporter on date of filing transcript in District Court and notification must be forwarded to Court of Appeals on the same date.)

This is to certify that the transcript has been completed and filed with the District Court today.

_____   Actual Number of Pages        _____ Actual Number of Volumes

_____   Date              Signature of Court Reporter

DKT-13 (5/96) modified 07/07 NDTX

# CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2011, I caused a copy of the foregoing to be served on the following by First Class United States Mail:

Daniel M. Riess
U.S. Department of Justice
Civil Division Federal Programs Branch
20 Massachusetts Avenue, N.W.
Washington, DC 20530-0000

                                                                                     s/ Charles J. Cooper
                                                                                       Charles J. Cooper