# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

October 19, 2011

Mr. Fernando Manuel Bustos
Law Offices of Fernando M. Bustos, P.C.
1001 Main Street
Suite 501
Lubbock, TX 79401

Mr. Charles Justin Cooper
Mr. David H. Thompson
Cooper & Kirk., P.L.L.C.
1523 New Hampshire Avenue, N.W.
Suite 750
Washington, DC 20036-0000

Mr. Brian Stuart Koukoutchos
28 Eagle Trace
Mandeville, LA 70471-0000

> No. 11-10959, National Rifle Association, et al v. Bureau
> of Alcohol, Tobacco, et al
> USDC No. 5:10-CV-140

We have docketed the appeal as shown above, and ask you to use
the case number above in future inquiries.

Filings in this court are governed strictly by the Federal Rules
of **Appellate** Procedure.  We cannot accept motions submitted under
the Federal Rules of **Civil** Procedure.  We can address only those
documents the court directs you to file, or proper motions filed
in support of the appeal.  See FED. R. APP. P. and 5TH CIR. R. 27
for guidance.  Documents not authorized by these rules will not
be acknowledged or acted upon.

To receive the record for preparing your brief, counsel,
including CJA attorneys, must provide the appropriate district
court with a United Parcel Service, or similar commercial
delivery service, account number.  If you wish to receive
exhibits, you must specifically request them.  The district court
will charge your account for shipping you the record on appeal.
In the alternative, you may contact a local courier or attorney
support services firm to pick up the record and ship it to you.
CJA counsel may add these shipping fees to their vouchers.

Counsel who desire to appear in this case must sign and return a
"Form for Appearance of Counsel" within 14 days from this date.
You must name each party you represent, see FED. R. APP. P. 12(b)
and 5TH CIR. R. 12.  You may print or download the form from the
Fifth Circuit web site, www.ca5.uscourts.gov.  If you fail to
send in the form, we will remove your name from the docket.  Pro
se parties do not need to file an appearance form.

Sincerely,

LYLE W. CAYCE, Clerk

By: *Christina Gardner*
Christina A. Gardner, Deputy Clerk
504-310-7684

cc:  Mr. Peter A. Patterson
     Mr. Daniel M. Riess