# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 17, 2011

Mr. Peter A. Patterson  
Cooper & Kirk, P.L.L.C.  
1523 New Hampshire Avenue, N.W.  
Washington, DC 20036-0000

    No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al  
        USDC No. 5:10-CV-140

Dear Counsel:

Your appearance form is deficient.  Our records do not reflect that you are a member of the Fifth Circuit Bar.  You may print or download an "Application and Oath for Admission" form from the Fifth Circuit's web site, www.ca5.uscourts.gov.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _/s/ Majella A. Sutton_____  
        Majella A. Sutton, Deputy Clerk  
        504-310-7793

Enclosure(s)