# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 08, 2011

Mr. Charles Justin Cooper  
Cooper & Kirk, P.L.L.C.  
1523 New Hampshire Avenue, N.W.  
Suite 750  
Washington, DC 20036-0000

No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al  
USDC No. 5:10-CV-140

The following pertains to your brief electronically filed on December 5, 2011.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will result in the dismissal of your appeal pursuant to 5th Cir. R. 42.3.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Nancy F. Dolly, Deputy Clerk  
504-310-7683

cc:  Mr. Fernando Manuel Bustos  
    Ms. Anisha Sasheen Dasgupta  
    Mr. Brian Stuart Koukoutchos  
    Mr. Peter A. Patterson  
    Mr. Daniel M. Riess  
    Mr. David H. Thompson