# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

December 08, 2011

Mr. Charles Justin Cooper
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Suite 750
Washington, DC 20036-0000

    No. 11-10959,  National Rifle Association, et al v. Bureau
of Alcohol, Tobacco, et al
            USDC No. 5:10-CV-140

The following pertains to your record excerpts electronically
filed on December 5, 2011.

You must submit the four paper copies of your record excerpts
required by 5TH CIR. R. 30.1.2 within 5 days of the date of this
notice pursuant to 5th Cir. ECF Filing Standard E.1.

Failure to timely provide the appropriate number of copies will
result in the dismissal of your appeal pursuant to 5th Cir. R.
42.3.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Nancy F. Dolly, Deputy Clerk
                    504-310-7683

cc:  Mr. Fernando Manuel Bustos
     Ms. Anisha Sasheen Dasgupta
     Mr. Brian Stuart Koukoutchos
     Mr. Peter A. Patterson
     Mr. Daniel M. Riess
     Mr. David H. Thompson