# United States Court of Appeals
## FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 15, 2011

Mr. Christopher Paul Johnson
Kasowitz, Benson, Torres & Friedman, L.L.P.
1633 Broadway
New York, NY 10019-0000

No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
USDC No. 5:10-CV-140

The following pertains to your brief electronically filed on December 12, 2011.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

**You must sign and return a "Form for Appearance of Counsel" within 14 days, see FED. R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. You may print or download the form from the Fifth Circuit's web site, www.ca5.uscourts.gov. If you fail to send in the form, the brief will be stricken and returned unfiled.**

Sincerely,

LYLE W. CAYCE, Clerk

By:_____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: Mr. Fernando Manuel Bustos
    Mr. Charles Justin Cooper
    Ms. Anisha Sasheen Dasgupta
    Mr. Brian Stuart Koukoutchos
    Mr. Peter A. Patterson
    Mr. Daniel M. Riess
    Mr. David H. Thompson