# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 25, 2012

Ms. Anisha Sasheen Dasgupta
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 7533
Washington, DC 20530-0000

No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
USDC No. 5:10-CV-140

The following pertains to your record excerpts electronically filed on January 23, 2012.

Your record excerpts are filed but require corrections within **7 days.**

The following correction(s) is/are needed to your record excerpts (5TH CIR. R. 30).

Title on the record excerpts does not agree with the title of the case in compliance with 5TH CIR. R. 30.1.7(d). (SEE BELOW)

**OUR CAPTION**

NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED; ANDREW M. PAYNE; REBEKAH JENNINGS; BRENNAN HARMON,

    Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH MELSON, In His Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

    Defendants - Appellees

Once you have prepared your sufficient record excerpts, you must email it to: **Nancy_Dolly@ca5.uscourts.gov** for review. If the record excerpts are in compliance, you will receive a notice of docket activity advising you that the sufficient record excerpts have been filed.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:  Mr. Fernando Manuel Bustos
    Mr. Charles Justin Cooper
    Mr. Christopher Paul Johnson
    Mr. Brian Stuart Koukoutchos
    Mr. Peter A. Patterson
    Mr. Daniel M. Riess
    Mr. David H. Thompson
    Ms. Meredith Anne Wholley