# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 25, 2012

Ms. Anisha Sasheen Dasgupta
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Room 7533
Washington, DC 20530-0000

  No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
    USDC No. 5:10-CV-140

The following pertains to your brief electronically filed on January 23, 2012.

We filed your electronic brief on January 23, 2012, however, it must be corrected within **7 days**.

You need to correct or add:

Title on the brief does not agree with the title of the case in compliance with FED. R. APP. P. 32(a)(2)©. (SEE BELOW)

**OUR CAPTION**

NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED; ANDREW M. PAYNE; REBEKAH JENNINGS; BRENNAN HARMON,

  Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; KENNETH MELSON, In His Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

  Defendants - Appellees

Once you have prepared your sufficient brief, you must email it to: **Nancy_Dolly@ca5.uscourts.gov** for review. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Opposing counsel's briefing time continues to run.

> Sincerely,
>
> LYLE W. CAYCE, Clerk
>
> By: *[signature]*
> Nancy F. Dolly, Deputy Clerk
> 504-310-7683

cc:  Mr. Fernando Manuel Bustos
     Mr. Charles Justin Cooper
     Mr. Christopher Paul Johnson
     Mr. Brian Stuart Koukoutchos
     Mr. Peter A. Patterson
     Mr. Daniel M. Riess
     Mr. David H. Thompson
     Ms. Meredith Anne Wholley