

U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, NW, Rm 7533
Washington, D.C. 20530

Tel: (202) 514-5428
Fax: (202) 307-2551

January 25, 2012

Lyle W. Cayce, Clerk of Court
U.S. Court of Appeals for the Fifth Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219-3517


      Re: *NRA v. BATF*, No. 11-10959

Dear Mr. Cayce:

      The government filed a response brief and record excerpts in the captioned case on January 23, 2012. On January 25, 2012, the Court notified the government that the official caption for this case identifies "Kenneth Melson" rather than "B. Todd Jones" as the Acting Director of the Bureau of Alcohol, Tobacco, Firearms, and Explosives, and that the captions on the government's response brief and record excerpts are therefore incorrect. Pursuant to Fed. R. App. P. 43(c)(2) (automatic substitution of officeholder), the government respectfully asks this Court to substitute Mr. Jones for Mr. Melson in the official caption for this case.

                                       Sincerely,

                                       s/Anisha S. Dasgupta

                                       Anisha S. Dasgupta
                                       Attorney, Appellate Staff
                                       Civil Division
                                       Counsel for the Appellees