# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 25, 2012

Ms. Anisha Sasheen Dasgupta
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0000

  No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
    USDC No. 5:10-CV-140

Your electronically filed document has been reviewed and is sufficient.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By:_____
                              Nancy F. Dolly, Deputy Clerk
                              504-310-7683

cc:  Mr. Fernando Manuel Bustos
     Mr. Charles Justin Cooper
     Mr. Christopher Paul Johnson
     Mr. Brian Stuart Koukoutchos
     Mr. Peter A. Patterson
     Mr. Daniel M. Riess
     Mr. David H. Thompson
     Ms. Meredith Anne Wholley