# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 25, 2012

Ms. Anisha Sasheen Dasgupta  
U.S. Department of Justice  
950 Pennsylvania Avenue, N.W.  
Washington, DC 20530-0000

    No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al  
        USDC No. 5:10-CV-140

Your electronically filed document has been reviewed and is sufficient.

You must submit the four paper copies of your record excerpts required by 5TH C$_{IR}$. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

        Sincerely,

        LYLE W. CAYCE, Clerk

        By: _____  
        Nancy F. Dolly, Deputy Clerk  
        504-310-7683

cc:  Mr. Fernando Manuel Bustos  
     Mr. Charles Justin Cooper  
     Mr. Christopher Paul Johnson  
     Mr. Brian Stuart Koukoutchos  
     Mr. Peter A. Patterson  
     Mr. Daniel M. Riess  
     Mr. David H. Thompson  
     Ms. Meredith Anne Wholley