# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

January 25, 2012

No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
     USDC No. 5:10-CV-140

Dear Counsel:

Please use the revised caption below on all future filings in this Court:

        Sincerely,

        LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:  Mr. Fernando Manuel Bustos
     Mr. Charles Justin Cooper
     Ms. Anisha Sasheen Dasgupta
     Mr. Christopher Paul Johnson
     Mr. Brian Stuart Koukoutchos
     Mr. Peter A. Patterson
     Mr. Daniel M. Riess
     Mr. David H. Thompson
     Ms. Meredith Anne Wholley

**REVISED CAPTION**

| 11-10959 |
|---|
| NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED; ANDREW M. PAYNE; REBEKAH JENNINGS; BRENNAN HARMON, <br><br>      Plaintiffs - Appellants <br><br>v. <br><br>BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; B. TODD JONES, In His Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL, <br><br>      Defendants - Appellees |

**REVISED CAPTION**