# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 31, 2012

Mr. Scott Charles Medlock
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741-3438

No. 11-10959, National Rifle Association, et al
    v. Bureau of Alcohol, Tobacco, et al
    USDC No. 5:10-CV-140

The following pertains to your amicus brief electronically filed on 1/30/12.

You must submit the seven paper copies of your brief required by 5TH CIR. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Madeline K. Chigoy, Deputy Clerk
504-310-7691

cc: Mr. Fernando Manuel Bustos
    Mr. Charles Justin Cooper
    Ms. Anisha Sasheen Dasgupta
    Mr. Christopher Paul Johnson
    Mr. Brian Stuart Koukoutchos
    Mr. Peter A. Patterson
    Mr. Daniel M. Riess
    Mr. David H. Thompson
    Ms. Meredith Anne Wholley