# Cooper & Kirk
Lawyers
A Professional Limited Liability Company
1523 New Hampshire Avenue, N.W.
Washington, D.C. 20036

Charles J. Cooper
ccooper@cooperkirk.com

(202) 220-9600
Fax (202) 220-9601

March 22, 2012

By ECF Filing

Lyle W. Cayce
Clerk of the Court
U.S. Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA 70130-3408

Re: *NRA v. BATF*, No. 11-10959

Dear Mr. Cayce:

    I am writing to inform the Court that one of the plaintiffs in this matter, Rebekah Jennings, is turning 21 today, March 22, 2012. Her age thus no longer precludes a licensed dealer from selling her a handgun. *See* 18 U.S.C. § 922(b)(1). The other individual plaintiffs, however, remain subject to this restriction (Brennan Harmon will not turn 21 until June 17, 2012, and Andrew Payne will not turn 21 until July 30, 2013), as do thousands of other 18-20-year-old members of the National Rifle Association, also a plaintiff in this case. *See* USCA5 604. It is thus not necessary for the Court to consider at this time what impact, if any, Ms. Jennings reaching 21 years of age will have on this Court's jurisdiction. *See, e.g.*, *Massachusetts v. EPA*, 549 U.S. 497, 518 (2007) ("Only one of the petitioners needs to have standing to permit us to consider the petition for review."); *see also Center for Individual Freedom v. Carmouche*, 449 F.3d 655, 661-62 (5th Cir. 2006) (discussing exception to mootness doctrine for controversies capable of repetition but evading review).

                                             Sincerely,

                                             s/ Charles J. Cooper
                                             Charles J. Cooper
                                             *Attorney for Plaintiffs-Appellants*

Cc:     All counsel