United States Court of Appeals
Fifth Circuit

**F I L E D**
October 25, 2012

Lyle W. Cayce
Clerk

UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 11-10959
_____

D.C. Docket No. 5:10-CV-140

NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED; ANDREW M. PAYNE; REBEKAH JENNINGS; BRENNAN HARMON,

    Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; B. TODD JONES, In His Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

    Defendants - Appellees

Appeal from the United States District Court for the
Northern District of Texas, Lubbock

Before KING, PRADO, and HAYNES, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and was argued by counsel.

It is ordered and adjudged that the judgment of the District Court is affirmed.

IT IS FURTHER ORDERED that each party bear its own costs on appeal.

**A True Copy**
**Attest**

**Clerk, U.S. Court of Appeals, Fifth Circuit**

ISSUED AS MANDATE:                     **By:** _____
                                                                        **Deputy**

**New Orleans, Louisiana**