# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

November 27, 2012

Mr. Charles Justin Cooper
Cooper & Kirk, P.L.L.C.
1523 New Hampshire Avenue, N.W.
Suite 750
Washington, DC 20036-0000

No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
USDC No. 5:10-CV-140

Your electronically filed document has been reviewed and is sufficient.

You must submit the 20 paper copies of your rehearing en banc required by 5th Cir. R. 35.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: Mr. Fernando Manuel Bustos
    Ms. Anisha Sasheen Dasgupta
    Mr. Christopher Paul Johnson
    Mr. Brian Stuart Koukoutchos
    Mr. Scott Charles Medlock
    Mr. Peter A. Patterson
    Mr. David H. Thompson
    Ms. Meredith Anne Wholley