# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

December 07, 2012

Ms. Anisha Sasheen Dasgupta
U.S. Department of Justice
Civil Division, Appellate Staff
950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

No. 11-10959, National Rifle Association, et al v. Bureau of
             Alcohol, Tobacco, et al
             USDC No. 5:10-CV-140

Dear Counsel:

This letter is to advise the parties that the court has requested a response to Appellants' Petition for Rehearing En Banc be filed in this office on or before December 17, 2012, not to exceed 15 pages.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc:  Mr. Fernando Manuel Bustos
     Mr. Charles Justin Cooper
     Mr. Christopher Paul Johnson
     Mr. Brian Stuart Koukoutchos
     Mr. Scott Charles Medlock
     Mr. Peter A. Patterson
     Mr. David H. Thompson
     Ms. Meredith Anne Wholley