IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

National Rifle Association of America, Inc.;
Andrew M. Payne; Rebekah Jennings; Brennan
Harmon,

        Plaintiffs-Appellants,                     No. 11-10959

        v.

Bureau of Alcohol, Tobacco, Firearms, and
Explosives; B. Todd Jones in his official capacity
as Acting Director of the Bureau of Alcohol,
Tobacco, Firearms, and Explosives; Eric J.
Holder, Jr., in his official capacity as U.S.
Attorney General,

        Defendants-Appellees.

## UNOPPOSED MOTION TO EXTEND TIME IN WHICH TO FILE RESPONSE TO PLAINTIFFS' PETITION FOR REHEARING EN BANC

The United States respectfully moves for an 18-day extension of time, to and including January 4, 2013, in which to file its response to plaintiffs' petition for rehearing en banc. We have not previously sought an extension for the response. This motion is unopposed.

1. This is a pre-enforcement challenge to the constitutionality of federal statutes and regulations providing that federal firearms licensees may sell handguns and handgun ammunition only to persons 21 years and older, see 18 U.S.C.

§§ 922(b)(1), (c)(1); 27 C.F.R. §§ 478.99(b)(1), 478.124, 478.96.  Plaintiffs are three individuals and the National Rifle Association, Inc.

The district court granted summary judgment in favor of the government and the panel affirmed.

2. On November 27, 2012, plaintiffs filed a petition for rehearing en banc.  On December 7, 2012, this Court directed the government to file a response to the petition.  The response is currently due on December 17, 2012.

The government respectfully requests an 18-day extension of time, to and including January 4, 2013, in which to file the response.  The requested extension is necessary in light of the winter holidays and other appellate litigation deadlines faced by government counsel.

Michael Raab and Anisha Dasgupta have principal responsibility for the government's briefs in this case.  They also have responsibility for the following matters:  *Jewish Home of Eastern Pennsylvania v. Centers for Medicare & Medicaid Services*, No. 12-2273 (3rd Cir.) (response brief due December 10) (Raab); *United States ex rel Grupp v. DHL Express*, No. 12-3829 (2d Cir.) (amicus brief due December 14) (Raab); *D & W Health Services v. Sebelius*, No. 12-30860 (5th Cir.) (reply brief due on December 20) (Raab); *Islamic Shura Council of Southern California v. FBI*, No. 12-55305 (9th Cir.) (reply brief due on December 31) (Raab); *Sebelius v. Cloer*, No. 12-236 (U.S.) (opening brief due January 4) (Raab and Dasgupta).

In addition, within the time that the Court has set for the government's response, Ms. Dasgupta has primary responsibility for preparing a draft brief in another matter in which the United States is contemplating participation as *amicus curiae*. Ms. Dasgupta will be on leave visiting family members overseas from December 21, 2012, through January 1, 2013.

3.  Plaintiffs-appellants have authorized us to state that this extension request is unopposed.

Respectfully submitted,

MICHAEL S. RAAB
(202) 514-4053

/s Anisha S. Dasgupta

_____
ANISHA S. DASGUPTA
(202) 514-5428
Attorneys, Appellate Staff
Civil Division
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Room 7320
Washington, D.C.  20530

December 10, 2012

**CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2012, I filed and served the foregoing

motion on the counsel of record through this Court's CM/ECF system.

/s Anisha S. Dasgupta

_____

ANISHA S. DASGUPTA