# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

_____

No. 11-10959
_____

NATIONAL RIFLE ASSOCIATION OF AMERICA, INCORPORATED; ANDREW M. PAYNE; REBEKAH JENNINGS; BRENNAN HARMON,

    Plaintiffs - Appellants

v.

BUREAU OF ALCOHOL, TOBACCO, FIREARMS, AND EXPLOSIVES; B. TODD JONES, In His Official Capacity as Acting Director of the Bureau of Alcohol, Tobacco, Firearms and Explosives; ERIC H. HOLDER, JR., U. S. ATTORNEY GENERAL,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Northern District of Texas, Lubbock
_____

O R D E R:

    IT IS ORDERED that the appellees' unopposed motion to extend time to file a response to the appellants' petition for rehearing en banc to and including January 4, 2013 is GRANTED.

                                      /s/ Edward C. Prado
                                      EDWARD C. PRADO
                                  UNITED STATES CIRCUIT JUDGE