# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 11, 2012

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-10959   National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
       USDC No. 5:10-CV-140

Enclosed is an order entered in this case.

                Sincerely,

                LYLE W. CAYCE, Clerk

                By: _____
                Steve A. Totora, Deputy Clerk
                504-310-7667

Mr. Fernando Manuel Bustos
Mr. Charles Justin Cooper
Ms. Anisha Sasheen Dasgupta
Mr. Brian Stuart Koukoutchos
Mr. Peter A. Patterson
Mr. David H. Thompson