# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 30, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 11-10959, National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
    USDC No. 5:10-CV-140

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Jamei R. Cheramie, Deputy Clerk
504-310-7800

Mr. Fernando Manuel Bustos
Mr. Charles Justin Cooper
Ms. Anisha Sasheen Dasgupta
Mr. Christopher Paul Johnson
Mr. Brian Stuart Koukoutchos
Mr. Scott Charles Medlock
Ms. Karen S. Mitchell
Mr. Peter A. Patterson
Mr. David H. Thompson
Ms. Meredith Anne Wholley