# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

May 08, 2013

Ms. Karen S. Mitchell
Northern District of Texas, Lubbock
United States District Court
1205 Texas Avenue
Room C-209
Lubbock, TX 79401

    No. 11-10959,    National Rifle Association, et al v. Bureau of Alcohol, Tobacco, et al
    USDC No. 5:10-CV-140

Enclosed, for the district court only, is a copy of the judgment issued as the mandate and a copy of the court's opinion.

The electronic copy of the record has been recycled.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Nancy F. Dolly, Deputy Clerk
504-310-7683

cc: (letter only)
    Mr. Fernando Manuel Bustos
    Mr. Charles Justin Cooper
    Honorable Sam R. Cummings
    Ms. Anisha Sasheen Dasgupta
    Mr. Christopher Paul Johnson
    Mr. Brian Stuart Koukoutchos
    Mr. Scott Charles Medlock
    Mr. Peter A. Patterson
    Mr. David H. Thompson
    Ms. Meredith Anne Wholley

P.S. to Judge Cummings: A copy of the opinion was sent to your office via email the day it was filed.