# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

William K. Suter
Clerk of the Court
(202) 479-3011

July 31, 2013

Clerk
United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, LA  70130

    Re:  National Rifle Association, et al.
           v. Bureau of Alcohol, Tobacco, Firearms, and Explosives, et al.
           No. 13-137
           (Your No. 11-10959)

Dear Clerk:

      The petition for a writ of certiorari in the above entitled case was filed on July 29, 2013 and placed on the docket July 31, 2013 as No. 13-137.

                            Sincerely,

                            **William K. Suter**, Clerk

                            by

                            Sandy Spagnolo
                            Case Analyst